Tadeusz **DANIELAK**, Plaintiff–Appellant,

v.

**CITY OF NEW YORK**, Reilly, Joseph Reznick, Police Officer, Shield # 17468, Unidentified New York City Police Officers, Dickens, Lieutenant Lewis, Steven Zanetis, Defendants–Appellees.

No. 05–5861.

United States Court of Appeals, Second Circuit.

Dec. 15, 2006.

Tadeusz Danielak, pro se, New York, NY, for Plaintiff-Appellant.

Alan Beckoff, Esq., Assistant Corporation Counsel, New York, NY, for Defendants–Appellees.

Present: Hon. WILFRED FEINBERG, Hon. ROBERT A. KATZMANN, Circuit Judges, Hon. WILLIAM H. PAULEY, III, District Judge.*

---

* The Honorable William H. Pauley III, of the United States District Court for the Southern District of New York, sitting by designation.

## SUMMARY ORDER

Plaintiff-appellant Tadeusz Danielak, *pro se*, appeals from the judgment of the United States District Court for the Eastern District of New York (Matsumoto, *M.J.*) entered pursuant to a Memorandum Decision and Order dated September 26, 2005. The parties' familiarity with the facts is assumed. For substantially the reasons stated in the District Court's Order, the judgment of the district court is **AFFIRMED**.